WILLIAM T. MAXWELL, as Bank Commissioner of the State of Arkansas, Respondent, *v.* JOHN F. THOMPSON et al., as Executors of ALBERT LANE, Deceased, et al., Appellants.

*Appeal — unanimous affirmance — motion to dismiss appeal denied where construction of provisions of Federal Constitution are involved.*

Reported below, 195 App. Div. 616.

(Argued April 18, 1921; decided April 26, 1921.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third

judicial department, entered January 15, 1921, unani-. mously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained. Appellants contended that construction of provisions of the Federal Constitution were involved.

*Harris L. Cooke* for motion.

*Lee D. Van Woert* opposed.

Motion denied, with ten dollars costs.